**BROWNE WOODS GEORGE LLP**
ERIC M. GEORGE (State Bar No. 166403)
egeorge@bwgfirm.com
MICHAEL A. BOWSE (State Bar No. 189659)
mbowse@bwgfirm.com
2121 Avenue of the Stars, 24th Floor
Los Angeles, CA 90067
Telephone: (310) 274-7100
Facsimile:  (310) 275-5697

LEE A. WEISS (admitted *pro hac vice*)
lweiss@bwgfirm.com
REBECCA TINGEY (admitted *pro hac vice*)
rtingey@bwgfirm.com
49 West 37th Street
New York, NY 10018
Telephone: (212) 354-4901
Facsimile:  (212) 354-4904

Attorneys for Plaintiffs

[*additional counsel listed on signature page*]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG and JULIE JOHNSON, on behalf of themselves, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TICKETMASTER CORP., TICKETMASTER, LLC, ENTERTAINMENT PUBLICATIONS, INC. a/k/a ENTERTAINMENT, INC., IAC/INTERACTIVECORP,<br><br>Defendants. | Case No.  2:08-CV-07509 DSF (JTL)<br><br>**ORDER RE STIPULATION EXTENDING DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION** |

[PROPOSED] ORDER   08-CV-7509-DSF

1   The Court having considered the parties' Stipulation re Extending Deadline
2   to File Motion for Class Certification, and for good cause appearing therefor;
3   IT IS HEREBY ORDERED that the parties' Stipulation re Extending
4   Deadline to Move for Class Certification is GRANTED.
5   IT IS FURTHER ORDERED that, if the Court denies defendants' motion to
6   dismiss or stay action, or in the alternative, to dismiss or strike class allegations
7   and/or CLRA damages claim in whole or in part, plaintiffs shall have until sixty
8   days after the Court's order to file their motion for class certification.
9   IT IS SO ORDERED.

Dated: February _12, 2009

*Dale S. Fischer*

UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER   08-CV-7509-DSF