GUTRIDE SAFIER LLP
ADAM GUTRIDE (State Bar No. 181446)
adam@gutridesafier.com
SETH A. SAFIER (State Bar No. 197427)
seth@gutridesafier.com
835 Douglass St.
San Francisco, CA 94114
Telephone: (415) 271-6469
Facsimile:  (415) 449-6469

BROWNE WOODS GEORGE LLP
LEE A. WEISS
lweiss@bwgfirm.com
REBECCA TINGEY
rtingey@bwgfirm.com
49 West 37th Street, 15th Floor
New York, New York 10018
Telehone: (212) 354-4901
Facsimile: (212) 354-4904

Additional counsel overleaf
Attorneys for Plaintiffs

JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG and JULIE JOHNSON, on behalf of themselves, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TICKETMASTER CORP., TICKETMASTER, LLC, ENTERTAINMENT PUBLICATIONS, INC. a/k/a ENTERTAINMENT, INC., IAC/INTERACTIVECORP,<br><br>Defendants. | Case No. 2:08-cv-07509-DSF-JTL<br><br>**JUDGMENT**<br><br>Hon. Dale S. Fischer |

1     Pursuant to this Court's order of March 5, 2009 granting defendants' motion to dismiss plaintiffs' first amended complaint, with prejudice (Dkt. 39) and this Court's order of April 21, 2009, denying plaintiffs' motion for leave to file a second amended complaint (Dkt. 45),

    IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated: 5/15/09

                                                      _____
                                                      Hon. Dale S. Fischer
                                                      United States District Judge